Rose Takach, appellant,

*v.*

Anthony Radice, respondent.

[Argued February 6th, 1948.  Decided May 13th, 1948.]

*Mr. Percy Haveson (Messrs. Perlman & Lerner,* of counsel), for the appellant.

*Mr. George Pelletlieri,* for the respondent.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *140 N. J. Eq. 308.*

*For affirmance*—Bodine, Donges, Wachenfeld, Eastwood, Wells, Dill, McLean, Schettino, JJ.  8.

*For reversal*—The Chief-Justice, Heher, Burling, Freund, JJ.  4.